**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stephen Parker GARDNER,**
**Defendant–Appellant.**

**No. 05–50822.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 18, 2006.

U.S. Attorney, USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

David L. Schwarz, Kellogg Huber Hansen Todd & Evans, PLLC, Washington, DC, for Defendant–Appellant.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Stephen Parker Gardner appeals the district court's denial of his pre-trial mo-

Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

tion for release of seized assets. Because we lack jurisdiction, we dismiss.

Our jurisdiction is generally limited to "final decisions of the district courts." 28 U.S.C. § 1291. Appellant is, in essence, seeking mandamus to compel the district court to hold a hearing to which he is not entitled. *See United States v. Consiglio*, 866 F.2d 310, 311 (9th Cir.1989).

**DISMISSED.**